2015R0255/JSH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 16-558-01 (FLW) |
| ADEL SAADALLA | : | 26 U.S.C. § 7201 & 18 U.S.C. § 2 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

Relevant Individuals and Entities

1. At all times material to this Information:

   a. K&T Express was a business in Fairview, New Jersey, that operated commuter buses and provided charter bus services.

   b. Defendant Adel Saadalla ("Saadalla"), was a resident of Cliffside Park, New Jersey, and owned and operated K&T Express.

   c. The Internal Revenue Service ("IRS"), an agency of the United States within the Department of the Treasury, administered the revenue laws of the United States and, among other responsibilities, assessed and collected federal income taxes.

The Scheme

2. It was part of the scheme to evade income taxes that Saadalla deposited cash earned through the operation of K&T Express into his personal bank accounts, so that these earnings did not appear in bank accounts in the name of K&T Express.

3. It was further part of the scheme that on personal tax returns for tax years 2010 through 2013, and on corporate tax returns for K&T Express for tax years 2010 through 2013, Saadalla did not report these cash deposits as income to K&T Express or to himself. By failing to report this income, Defendant Saadalla evaded taxes of approximately $492,644 due and owing.

### The Charge

4. On or about the dates shown below, in the District of New Jersey, and elsewhere, defendant

ADEL SAADALLA

knowingly and willfully did attempt to evade and defeat a substantial part of the income tax due and owing to the United States for the tax year 2010, in that he signed, filed, and caused to be filed with the Internal Revenue Service a tax return, Form 1040, knowing it to be false and fraudulent in that the taxable income reported by defendant Saadalla did not include the income sources described in paragraphs 2 and 3.

In violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

PAUL J. FISHMAN
United States Attorney

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**ADEL SAADALLA**

**INFORMATION FOR**

26 U.S.C. § 7201 & 18 U.S.C. 2

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

JUSTIN S. HERRING
*ASSISTANT U.S. ATTORNEY*
*973.645.2700*

USA-48AD 8
(Ed. 1/97)